

```
                                        USDC SDNY
                                        DOCUMENT
                                        ELECTRONICALLY FILED
                                        DOC #: _____
                                        DATE FILED: _____
```

**VIA ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *United States v. Ayeni and Solomon*, 23 Cr. 274 (AT)

Dear Judge Torres:

  This letter regards my representation of the above-captioned defendant, Mr. Jameel Solomon, who I was appointed to represent in June 2023.

  Because Mr. Solomon's initial bail conditions permit travel within the Southern District of New York and the Eastern District of New York but not the District of New Jersey, I write to respectfully request that the Court temporarily modify Mr. Solomon's bail conditions such that he be permitted to travel to Old Bridge, NJ on September 4, 2023 from 8:00 am to 10:00 pm. The purpose of this travel is for Mr. Solomon to attend a Labor Day gathering, at an address communicated to both Pretrial Services and the government. He plans to return home at the end of the day.

  The government, through AUSA Elizabeth Daniels, informed me it deferred to Pretrial Services regarding this request. Unfortunately, my office has been unsuccessful at reaching Pretrial Services Officer Ashley L. Cosme. However, at this stage, I am not aware of any violations of Pretrial's requests on Mr. Solomon's behalf. Additionally, Mr. Solomon made a day-long trip to this same residence to spend time with family on July 4, 2023, without incident.

  Thank you for the Court's consideration.

                 Respectfully submitted,

                 Aaron Mysliwiec
                 *Attorney for Jameel Solomon*

GRANTED.

SO ORDERED.

Dated: September 1, 2023
   New York, New York

              ANALISA TORRES
              United States District Judge