

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/02/2023
```

**VIA ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Ayeni and Solomon*, 23 Cr. 274 (AT)

Dear Judge Torres:

      This letter regards my representation of the above-captioned defendant, Mr. Jameel Solomon, who I was appointed to represent in June 2023.

      Because Mr. Solomon's initial bail conditions permit travel only within the Southern and Eastern Districts of New York, I write to respectfully request that the Court temporarily modify Mr. Solomon's bail conditions such that he be permitted to travel to Kansas City, Missouri from October 5, 2023, to October 9, 2023, via plane. The purpose of this travel is for Mr. Solomon to attend a baby shower and family reunion, with his travel plans and relevant locations known to Pretrial Services and the government. He plans to return home during the day of October 9, 2023, traveling with family the entire time.

      The government, through AUSA Elizabeth Daniels, informed me that it deferred to Pretrial Services regarding this request. Accordingly, Pretrial Services, through Officer Ashley L. Cosme, informed me that it has no objection. Thank you for the Court's consideration.

                                                    Respectfully submitted,

GRANTED.

SO ORDERED.

Dated: October 2, 2023
        New York, New York

                                        ANALISA TORRES
                                        United States District Judge