

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/07/2023_
```

**VIA ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Ayeni and Solomon*, 23 Cr. 274 (AT)

Dear Judge Torres:

    This letter relates to Mr. Jameel Solomon, who I was appointed to represent in June 2023. I write to respectfully request a month-long adjournment of the status conference currently set for November 14, 2023. The reason for this request is that I require additional time to complete my review of the discovery and the Parties will also need time to determine whether a proposed disposition can be reached within the next month. For these reasons, I respectfully request an adjournment to December 18, 2023, at 11:00 AM.

    The government, through AUSA Elizabeth Daniels, informed me that it had no objection to this request and is available at the proposed date and time.

    The defense consents to the exclusion of speedy trial time during this adjournment. Thank you for the Court's consideration.

    Respectfully submitted,

GRANTED in part. The status conference scheduled for November 14, 2023, is ADJOURNED to **December 19, 2023,** at **11:00 a.m.**

Time until December 19, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow Defendant to finish reviewing discovery and the parties to reach a potential pretrial disposition of this matter.

SO ORDERED.

Dated: November 7, 2023
       New York, New York

                                          ANALISA TORRES
                                          United States District Judge