

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __02/28/2024__

New York, New York 10007

February 28, 2024

**BY ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Jameel Solomon*, 23 Cr. 274 (AT)

Dear Judge Torres:

The Government respectfully submits this letter, jointly with defense counsel, to request an adjournment of the conference scheduled for March 5, 2024, at 10:20 a.m. in the above-referenced case until the week of April 2, 2024. The parties are engaged in discussions regarding a potential pre-trial resolution in this case and request an adjournment in anticipation of concluding such discussions. The Government requests that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(a) from the date of this letter through the date of the next scheduled conference. The Government submits that an exclusion of time is in the interest of justice here for the reasons stated above. The Government has conferred with defense counsel who has informed the Government that the defense consents to exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

GRANTED. The status conference scheduled for March 5, 2024 is ADJOURNED to **April 2, 2024**, at **11:00 a.m.**

Time through April 2, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interest of the public and Defendant in a speedy trial in that this will allow time for the parties to explore a potential pretrial resolution.

SO ORDERED.

Dated: February 28, 2024
       New York, New York

ANALISA TORRES
United States District Judge