

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _03/28/2024_

<u>Via ECF</u>

The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

    Re:    *United States v. Jameel Solomon*, 23 Cr. 274-2 (AT)

Dear Judge Torres,

    A status conference in the above-referenced case is currently scheduled for April 2, 2024, at 11:00 a.m. The parties have conferred, and I am respectfully requesting that the Court adjourn this conference until a date in late June 2024, depending on the Court's availability. Please note that I will be away the week after Friday, June 28, 2024. The reason for this request is that the defense will be submitting an application to the Young Adult Opportunity Program ("YAOP") on Mr. Solomon's behalf by the Program's next submission deadline of April 19, 2024. Decisions for this round of applications are expected to be released no later than June 14, 2024. Accordingly, a status conference date in late June would allow the defense the chance to address any developments in Mr. Solomon's application status.

    The government, through AUSA Lisa Daniels, informed me it has no position regarding this request for adjournment. Additionally, the defense consents to the exclusion of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

    Thank you for the Court's consideration.

GRANTED.  The status conference scheduled for April 2, 2024, is ADJOURNED to **July 9, 2024**, at **11:00 a.m.**

Time through July 9, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interest of the public and Defendant in a speedy trial in that this will allow time for Defendant to apply and receive a determination from the YAOP and for the parties to explore a potential pretrial resolution.

SO ORDERED.

Dated: March 28, 2024
       New York, New York

ANALISA TORRES
United States District Judge