

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/26/2024

June 26, 2024

*Via* ECF
The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

      **Re:**    *United States v. Jameel Solomon*, 23 Cr. 274-2 (AT)

Dear Judge Torres,

      A status conference in the above-referenced case is currently scheduled for July 9, 2024, at 11:00 a.m. The parties have conferred, and I am respectfully requesting that the Court adjourn this conference to the last week of July, preferably on July 29th or 30th. Please note that I will be away and unavailable from 7/31 to 8/16, either due to Court obligations or vacation. The reason for this request is that Mr. Solomon's application for the Young Adult Opportunity Program ("YAOP") is still pending at this time. Based on conversations with Officer Dayshawn Bostic of U.S. Pretrial Services, we believe that a final decision regarding his acceptance will be made in the next 30 days. Accordingly, a status conference at the end of July would allow the defense the chance to address any developments in Mr. Solomon's application status.

      The government, through AUSA Lisa Daniels, informed me it consents to the request for the adjournment and will be available during the proposed days in July. Please note that the government has indicated that it will be unavailable the week of August 19th. The defense consents to the exclusion of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

      Thank you for the Court's consideration.

GRANTED.  The status conference scheduled for July 9, 2024, is ADJOURNED to **July 30, 2024**, at **10:30 a.m.** The parties shall provide a status update by **July 22, 2024**.

Time through July 30, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interest of the public and Defendant in a speedy trial in that this will allow time for Defendant to receive a determination from the YAOP and for the parties to explore a potential pretrial resolution.

SO ORDERED.

Dated: June 26, 2024
       New York, New York

                                                             ANALISA TORRES
                                                         United States District Judge