

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/02/2024

July 1, 2024

<u>*Via* ECF & EMAIL</u>
The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   *United States v. Jameel Solomon*, 23 Cr. 274-2 (AT)

Dear Judge Torres:

    This letter regards my representation of Mr. Jameel Solomon in the above-captioned case. Mr. Solomon's bail conditions permit travel solely within the Southern and Eastern Districts of New York. He has been granted permission to travel outside of these parameters on several occasions and has done so without incident.

    I write to respectfully request that the Court temporarily modify Mr. Solomon's bail conditions such that he be permitted to travel for a day trip to Old Bridge, NJ on July 4, 2024, from 10:00 A.M. to 10:00 P.M. The relevant address is one known to both Pretrial and the government. The reason for this request is that Mr. Solomon's sister is hosting a family celebration for the 4th of July that Mr. Solomon wishes to attend.

    U.S. Pretrial Services, through officer Taelor Nisbeth, indicated that it has no objection to this request. The government, through AUSA Lisa Daniels, communicated that it defers to Pretrial.

    Thank you for the Court's consideration.

GRANTED.

SO ORDERED.

Dated: July 2, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge