UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                        v.<br><br>JAMEEL SOLOMON,<br><br>                        Defendant. | 23-CR-274 (AT)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The Court has received the attached IRS Forms 3949-A and 211, together with related documents, which appear to have been filed with the IRS by Defendant Jameel Solomon. To the extent Mr. Solomon is still seeking to be considered for admission into the Young Adult Opportunity Program (YAOP) and would like to be heard with respect to these filings, he shall have until September 13, 2024 to submit a letter to the Court. The YAOP allocution previously scheduled for September 17, 2024 is hereby adjourned *sine die*.

SO ORDERED.

Dated:        September 11, 2024
              New York, New York

_____
Ronnie Abrams
United States District Judge

# ATTACHMENT

Form **3949-A**
(October 2020)

Department of the Treasury - Internal Revenue Service

## Information Referral
*(See instructions on reverse)*

OMB Number
1545-1960

Use this form to report suspected tax law violations by a person or a business.

CAUTION: READ THE INSTRUCTIONS BEFORE COMPLETING THIS FORM. There may be other more appropriate forms specific to your complaint. (For example, if you suspect your identity was stolen, use Form 14039.)

### Section A – Information About the Person or Business You Are Reporting

Complete 1, if you are reporting an Individual. Complete 2, if you are reporting a business only. Complete 1 and 2 if you are reporting a business and its owner. *(Leave blank any lines you do not know)*

| 1a. Name of individual | b. Social Security Number/TIN | c. Date of birth |
|---|---|---|
| Ruby J. Krajick | | |

| d. Street address | e. City | f. State | g. ZIP code |
|---|---|---|---|
| 500 Pearl Street | New York | NY | 10007 |

| h. Occupation | i. Email address |
|---|---|
| Clerk of Court | |

j. Marital status *(check one, if known)*
☐ Married   ☐ Single   ☐ Head of Household   ☐ Divorced   ☐ Separated   k. Name of spouse

| 2a. Name of business | b. Employer Tax ID number (EIN) | c. Telephone number |
|---|---|---|
| U.S. DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK | | |

| d. Street address | e. City | f. State | g. ZIP code |
|---|---|---|---|
| 500 PEARL STREET | NEW YORK | NY | 10007 |

| h. Email address | i. Website |
|---|---|
| | |

### Section B – Describe the Alleged Violation of Income Tax Law

3. Alleged violation of income tax law. (Check all that apply.)

☒ False Exemption   ☒ Unsubstantiated Income   ☒ Unreported Income   ☐ Failure to Withhold Tax
☒ False Deductions   ☐ Earned Income Credit   ☐ Narcotics Income   ☒ Failure to File Return
☐ Multiple Filings   ☐ Public/Political Corruption   ☐ Kickback   ☐ Failure to Pay Tax
☐ Organized Crime   ☒ False/Altered Documents   ☐ Wagering/Gambling   ☒ Other *(describe in 5)*

4. Unreported income and tax years
Fill in Tax Years and dollar amounts, if known (e.g., TY 2010- $10,000)

TY 2023 $ _____ TY ____ $ _____ TY ____ $ _____ TY ____ $ _____ TY ____ $ _____

5. Comments *(Briefly describe the facts of the alleged violation—Who/What/Where/When/How you learned about and obtained the information in this report. Attach another sheet, if needed.)*

See attached.

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
ELMHURST, NY 11373

AUG 27 2024

RECEIVED

13302

6. Additional information. Answer these questions, if possible. Otherwise, leave blank.
a. Are book/records available? *(If available, do not send now. We will contact you, if they are needed for an investigation.)*   ☒ Yes   ☐ No
b. Do you consider the taxpayer dangerous   ☒ Yes   ☐ No
c. Banks, Financial Institutions used by the taxpayer

| Name | Name |
|---|---|
| SAME AS ABOVE | |

| Street address | Street address |
|---|---|

| City | State | ZIP code | City | State | ZIP code |
|---|---|---|---|---|---|

### Section C – Information About Yourself

*(We never share this information with the person or business you are reporting.)*

This information is not required to process your report, but would be helpful if we need to contact you for any additional information.

| 7a. Your name | b. Telephone number | c. Best time to call |
|---|---|---|
| Jameel Solomon | | |

| Street address | e. City | f. State | g. ZIP code |
|---|---|---|---|
| ▮▮▮▮▮ | Brooklyn | NY | ▮▮▮▮ |

Print and send your completed form to: Internal Revenue Service
PO Box 3801
Ogden, UT 84409

Catalog Number 47872E                                     www.irs.gov                                     Form **3949-A** (Rev. 10-2020)

# ATTACHMENT TO 3949A

With regards to Case / Account # 1:23-cr-00274, the individual and corporation reported is a co-conspirator in seditious crimes against the private rights of the petitioner and in violation of 18 U.S.C. § 241, 242. They are armed and dangerous.

## MEMORANDUM OF POINTS AND AUTHORITIES

Judges sign standing orders to invest all the court cases through the Court Registry Investment System at the superior court. Every court case shall be assigned, by the court administrator, a U.S. Treasury Public Debt number, placed on to the court document, including and not limited to traffic citations after the unknowing participants in the case have received their copy of the same but without the added monetary transformation of that instrument into a financial transaction, which is the definition of a securitization. All the court cases are directly deposited into the Federal Reserve Bank.

C.U.S.I.P.© is the acronym for the Committee on Uniform Securities Identification Procedures. It is a copyrighted, registered trademark of the American Bankers Association. After the Public Debt number is obtained, which converts the instrument into an obligation, the court administrator obtains a C.U.S.I.P. number. This implies only one of two conclusions: (1) that the court administrators are knowingly committing copyright infringement violations as well as creating counterfeit obligations pursuant to 28 U.S.C. § 472 et seq. 473-474; or (2) that the court administrator is a member of the C.U.S.I.P..

Now that the courts have fraudulently converted every court case into a banking financial securities instrument and manipulated the court into the creditor's position and the respondent into the debtor's position, the judges are knowingly and capriciously acting with a vested interest with insider knowledge as well as violating judicial canon. Judges are required to act without bias and to make rulings on the merits of arguments. Instead, they are making financial investments on every case, knowing the exact meaning of every letter and number applied to and now written on the face of the instrument in all cases in the form of a C.U.S.I.P. and issuing judgments based upon futures rather than upon the rule of law, evidence, or oral or written argument.

Additionally, the courts are also committing tax fraud by shifting the debt created by every particular case back onto the individual who is the actual Creditor / Real Party in Interest and, then, fraudulently conveying the case into an investment instrument to be deposited into the Federal Reserve Bank which shifts assets from the credit side of the transaction over to the

Debtor, deceptively laundered as a fraudulent debt into corporate assets, converted again into bonds, stocks, and grants, and given back to the county through the Department of Transportation or through some other discreet agency.

The United States, as defined in 28 U.S.C. § 3002 (15)(a), is bankrupt on the authority of *Perry v. United States*, 294 U.S. 330-381; 97 L. Ed. 9121, and is an obligor / grantor to the Federal Reserve Act of 1913 (38 Stat. 265, Chapter 6). The Federal Reserve Act of 1913, mentioned below, was an act of private law, not Public Law, nor Public Policy, as in reference to a Mr. Lewis whom was injured by a Federal Reserve vehicle and sued the U.S. Government for damages. The court ruled, "…that since the Federal Reserve and its 12 branches are private corporations, the federal government could not be held responsible." *Lewis v. U.S.*, 608 F.2d. 1239 (1982).

Other case law citations:

"Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them." S.C.R. 1795, *Penhallow v. Doane's Administrators*, 3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54, Supreme Court of the United States (1795).

"All codes [Chapter 83, Part II as alleged], rules, and regulations are for government authorities only, no human / Creators in accordance with God's laws. All codes, rules, and regulations are unconstitutional and lacking due process." *Rodriques v. Ray Donavan (U.S. Dept. of Labor)*, 769 F.2d 1344, 1348 (1985).

"Any false representation of material facts made with knowledge of its falsity and with intent that it shall be acted upon by another in entering into contract, and which is so acted upon, constitutes fraud and entitles the party deceived to avoid contracts or recover damages." *Barnsdall Refining Corp. v. Birnamwood Oil Co.*, 92 F.2d 817. "The terms 'lawful money' and 'lawful money of the United States' shall be construed to mean gold or silver coin of the United States." 21 U.S.C. § 152, also *Boric v. Trott*, Pa. 5 Phila. 366, 404; *Klauber v. Biggerstaff*, 47 Wis. 551 (1879); *Lawry v. McGhee*, 16 Tenn. 242 (1835). "'Money' does not include treasury notes." *Foquet v. Headley*, 3 Conn. 534, 536. "Federal Reserve Notes are not dollars." U.S. Treasury, General Counsel, Munk. "Both notes and checks are acknowledgments of indebtedness [not credit] and promise of payment." *Hegeman v. Moon*, 131 N.Y. 462, 30 N.E. 487; *Smith v. Treuhart, et al*, 223 N.Y.S. 481.

"As the use of private corporate commercial paper [Federal Reserve Notes], debt currency or securities [checks] is concerned, removes the sovereignty status of the government of 'We the

People' and reduces it to an entity rather than a government in the area of finance and commerce as a corporation or person… Governments descend to the level of a mere private corporation and take on the characteristics of a mere private citizen. This entity cannot compel performance upon its corporate statutes or rules unless it, like any other corporation or person, is the holder in due course or commercial agreement between it and the one upon whom the payment and performance are made and are willing to produce said documents and place the same evidence before trying to enforce its demands called statutes. For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government." *Clearfield Trust Co. v. United States*, 318 U.S. 363-371.

"When governments enter the world of commerce, they are subject to the same burdens as any private firm or corporation." *U.S. v. Burr*, 309 U.S. 242 See: U.S.C.A. 286e, *Bank of U.S. v. Planters Bank of Georgia*, 6 L.Ed. (9 Wheat) 244; 22 U.S.C.A. 286 et seq., C.R.S. 11-60-103.

"Under a statute defining a negotiable note as a note made by one person whereby he promises to pay money to another person, and providing that the word 'person' should be construed to extend to every corporation capable by law of making contracts, it was held that the word included a state." *State of Indiana v. Woram*, 6 Hill (N.Y.) 33, 38; 40 Am.Dec. 378.

"A state is a person within the meaning of a statute punishing the false making or fraudulent alteration of a public record with the intent that any person may be defrauded." *Martin v. State*, 24 Tex. 61, 68.

"An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed." *Norton v. Shelby County*, 118 U.S. 425

"No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it." *Cooper v. Aaron*, 358 U.S. 1, 78 S.Ct. 1401 (1958).

[Emphasis added on all of the above citations.]

| Form **211** (July 2018) | Department of the Treasury - Internal Revenue Service **Application for Award for Original Information** | OMB Number 1545-0409 |
|---|---|---|
| | | Date Claim received |
| | | Claim number *(completed by IRS)* |

## Section A – Information About the Person or Business You Are Reporting

**1. Is this** ☒ New submission or ☐ Supplemental submission
If a supplemental submission, list previously assigned claim number(s)

**2.** Last 4 digits of Taxpayer Identification Number(s) *(e.g., SSN, ITIN, or EIN)*

**3.** Name of taxpayer *(include aliases)* and any related taxpayers who committed the violation

U.S. DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK    Attn: RUBY J. KRAJICK - CLERK OF COURT

**4.** Taxpayer's address, including ZIP code

500 PEARL STREET, NEW YORK, NY 10007

**5.** Taxpayer's date of birth or approximate age

**6.** Name and title and contact information of IRS employee to whom violation was first reported, if known

**7.** Alleged Violation of Tax Law *(check all that apply)*

☒ Income Tax ☐ Employment Tax ☒ Estate & Gift Tax ☐ Tax Exempt Bonds
☐ Employee Plans ☒ Governmental Entities ☒ Exempt Organizations ☐ Excise
☒ Other (identify) Organized Crime

**8.** Describe the Alleged Violation. State all pertinent facts to the alleged violation. *(Attach a detailed explanation and include all supporting information in your possession and describe the availability and location of any additional supporting information not in your possession.)* Explain why you believe the act described constitutes a violation of the tax laws

U.S. DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK  is not known to be a tax exempt organization and they are evading payment of taxes.

**9.** Describe how you learned about and/or obtained the information that supports this claim. *(Attach sheet if needed)*

I first appeared in court on 06/14/2023 for a case in which taxes are not being paid by the court.

**10.** What is your relationship *(current and former)* to the alleged noncompliant taxpayer(s)? Check all that apply. *(Attach sheet if needed)*

☐ Current Employee ☐ Former Employee ☐ Attorney ☐ CPA
☐ Relative/Family Member ☒ Other (describe) Estate/Trust Holder

**11.** Do you still maintain a relationship with the taxpayer ☐ Yes ☐ No

**12.** If yes to number 11, describe your relationship with the taxpayer

**13.** Are you involved with any governmental or legal proceeding involving the taxpayer ☐ Yes ☐ No

**14.** If yes to number 13, Explain in detail. *(Attach sheet if needed)*

**15.** Describe the amount of tax owed by the taxpayer(s). Provide a summary of the information you have that supports your claim as to the amount owed *(i.e. books, ledgers, records, receipts, tax returns, etc.)* *(Attach sheet if needed)*

Taxpayer refused to provide the full accounting for the case# 1:23-cr-00274

**16.** Fill in Tax Year (TY) and Dollar Amount ($), if known

TY 2023 $ _____ TY _____ $ _____ TY _____ $ _____ TY _____ $ _____ TY _____ $ _____

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
ELMHURST, NY 11373

AUG 27 2024

RECEIVED
13302

## Section B – Information About Yourself

| **17.** Name of individual claimant Jameel Solomon | **18.** Claimant's date of birth *(MMDDYYYY)* 05/26/1996 | **19.** Last 4 digits of Claimant's SSN or ITIN 1817 |
|---|---|---|

**20.** Are you currently an IRS employee ☐ Yes ☒ No   **21.** Are you the spouse or a dependent of an IRS employee ☐ Yes ☒ No

**22.** Are you currently an IRS contractor ☐ Yes ☒ No   **23.** Are you a Federal, State or Local Government employee ☐ Yes ☒ No

**24.** Address of claimant, including ZIP code

c/o ▓▓▓▓▓▓ Brooklyn, NY ▓▓▓▓

**25.** Telephone number *(including area code)*
▓▓▓▓▓▓▓▓

**26.** Email address ▓▓▓▓▓▓@gmail.com

**27.** Declaration under Penalty of Perjury I declare that I have examined this application, all accompanying statement and supporting documentation, and, to the best of my knowledge and belief, they are true, correct, and complete

BY: Solomon Jameel TTEE / Executor
Signature of Claimant

08/27/2024
Date

Catalog Number 16571S                    www.irs.gov                    Form **211** (Rev. 7-2018)

**20242060073**
07/24/2024 09:16 AM   Page 1 of  7
OFFICIAL RECORDS OF PIMA COUNTY, AZ
Gabriella Cázares-Kelly, Recorder

# CERTIFICATE TRUST

# Cover Sheet

## DO NOT REMOVE

This is part of an official document.

## JS REVOCABLE LIVING TRUST

I, JAMEEL SOLOMON, presently of Brooklyn, New York, (the "Grantor") declare and make this revocable living trust (the "Living Trust"). This Living Trust will be known as: JS **REVOCABLE LIVING TRUST.**

BACKGROUND:

A. The Grantor presently owns property (the "Property") as described in Schedule A.

B. The Grantor wishes to ensure that this Property and any income derived from this Property is managed and eventually distributed according to the following terms.

**<u>Trust Purpose</u>**

1. This Living Trust is created for the benefit of the Beneficiaries to ensure they are well provided for after the death of the Grantor, however during the lifetime of the Grantor, the interests of the Grantor will be considered primary and superior to the interests of the Beneficiaries. With this purpose, the primary asset management goal for this Living Trust will be the protection of the value of the Property. The secondary asset management goal for this Living Trust is to generate income and growth at a reasonable risk.

**<u>Trustee</u>**

2. During their lifetime, and unless and until both become incapacitated, the primary trustee (the "Primary Trustee") of this Living Trust shall be, Solomon; Jameel of Brooklyn, New York. If a Primary Trustee dies or becomes incapacitated, the other Primary Trustee will continue as the sole Primary Trustee of this Living Trust.

3. In the event that both Primary Trustees are either dead or incapacitated, then Verley, Nicolette Onella (the "Successor Trustee") will serve as the acting Trustee of this Living Trust.

**<u>Beneficiaries</u>**

4. Upon the death of the Grantor, the following individual(s) will comprise the beneficiaries (the "Beneficiaries") of this Living Trust: a. the residuary beneficiary, Solomon, Elias Langa, All offspring created through the Body of Solomon; Jameel of Brooklyn, New York; and b. any heir or issue of those beneficiaries that is entitled to a benefit under this Living Trust in the place of any then deceased beneficiary.

**<u>Assign and Convey Property to Living Trust</u>**

5. JAMEEL SOLOMON, as Grantor, has or will assign, convey and deliver all of the rights, title and interest in the Property as described in Schedule A of this document as a gift and without consideration, to be held by this Living Trust.

**<u>Amendment During Grantor's Lifetime</u>**

6. At any time during the lifetime of the Grantor and while the Grantor is not incapacitated, the Grantor may, subject to the other provisions of this section, alter or amend this Living Trust on delivery to the acting Trustee of a written instrument signed by the Grantor. Amendments may include, but are not limited to, the following:

a. The Grantor may change the number and identity of the Grantors, the Trustees, the Successor Trustees or the Beneficiaries.

b. The Grantor may add or withdraw property from this Living Trust.

7. This Living Trust may not be amended after the death of the Grantor.

**<u>Revocation During Grantor's Lifetime</u>**

8. At any time during the lifetime of the Grantor and while the Grantor is not incapacitated, the Grantor may, subject to the other provisions of this section, revoke this Living Trust in its entirety on delivery to the acting Trustee of a written instrument signed by the Grantor. In the event of such revocation, the remaining Property will revert to the Grantor after all the debts and expenses attributable to the Living Trust have been paid.

9. This Living Trust may not be revoked after the death of the Grantor.

**<u>Distributions During the Lifetime of the Grantor</u>**

10. During the lifetime of the Grantor and while the Grantor is not incapacitated, the acting Trustee will distribute as much of the income and principal of the Living Trust to the Grantor as the Grantor may request. While the Grantor is incapacitated and no longer able to manage or continue to manage their own affairs, then the acting Trustee may withhold or make payments out of the resources of this Living Trust of any amount that the acting Trustee in their sole judgment deem appropriate for the maintenance, comfort and welfare of the Grantor.

**<u>Distributions Upon Death of the Grantor</u>**

11. Upon the death of the Grantor, and after resolving all applicable legal debts and obligations of the Grantor, the acting Trustee will expeditiously act to distribute the remaining Property as directed in this section.

12. After resolving all applicable legal debts and obligations of the Grantor, the acting Trustee

will distribute the remaining property in this Living Trust in EQUAL shares (individually the "Share" and collectively the "Shares") to the following Beneficiaries:

a. All offspring created through the Body of Solomon: Jameel of Brooklyn, New York;

13. Where a Beneficiary is under the age of 21 years at the time of the Final Distribution, and that Beneficiary is not an Adult Dependent Beneficiary, the acting Trustee will then act as trustee(s) by holding that Share in a separate trust for that Beneficiary under the same terms and conditions as outlined in this Living Trust, and will keep that Share invested, pay the income or capital or as much of either or both as the then acting trustee(s), in their sole discretion, consider advisable for the maintenance, education, advancement or benefit of that Beneficiary until that Beneficiary reaches the age of 21 years whereupon the then acting trustee(s) will pay or transfer the rest and residue of that Share to that Beneficiary.

14. Where a Beneficiary is an Adult Dependent Beneficiary at the time of the Final Distribution, the acting Trustee may, at their sole discretion: a. Continue to act as trustee(s) by holding the Share of any Adult Dependent Beneficiary in a separate trust, subject to the same terms and conditions contained in this Living Trust, and to keep that Share invested, and pay the income or capital or as much of either or both as the then acting trustee(s) consider advisable for the maintenance, education, advancement or benefit of that Adult Dependent Beneficiary; or
b. Pay or transfer all capital, assets and property of that Share or the amount remaining of that Share of that Adult Dependent Beneficiary to any parent, custodian or guardian of that Adult Dependent Beneficiary subject to the same terms and conditions contained in this Living Trust and the receipt by that parent, custodian or guardian will discharge all duties and obligations of the acting Trustee.

15. If any of the named Beneficiaries do not survive the Grantor by at least thirty (30) days but do leave an heir or issue who survives the Grantor by at least thirty (30) days, then the Specific Gift or the Share designated for that Beneficiary, of whatever kind and character, and wherever located, will be distributed per stirpes among those surviving heirs or issue. Where those surviving heirs or issue are not of the age of majority, the acting Trustee may pay or transfer all capital, assets and property attributable to those minor heirs or issue of that Beneficiary to any parent, custodian or guardian of those minor heirs or issue, subject to the same terms and conditions contained in this Living Trust, and the receipt by that parent, custodian or guardian will discharge all duties and obligations of the acting Trustee.

16. If any of the residual Beneficiaries do not survive the Grantor by at least thirty (30) days and do not leave an heir or issue who survives the Grantor, then the Share designated for that Beneficiary, will revert to the residue of this Living Trust.

17. If all of the successor Beneficiaries do not survive the Grantor by at least thirty (30) days and do not leave an heir or issue who survives the Grantor by at least thirty (30) days, then all of the remaining property in this Living Trust, of whatever kind and character, and wherever located, will revert to the estate of the Grantor.

18. If any of the real property to be distributed in this Living Trust remains subject to a mortgage at the time of the Final Distribution, then the Beneficiary taking that mortgaged property will take that property subject to that mortgage and the Beneficiary will not be entitled to have the mortgage paid out or resolved from the remaining assets or residue of this Living Trust.

19. If any of the personal property to be distributed in this Living Trust is subject to any encumbrances or liens at the time of the Final Distribution, then the Beneficiary taking that property will take that property subject to those encumbrances or liens and the Beneficiary will not be entitled to have any encumbrance or lien paid out or resolved from the remaining assets or residue of this Living Trust.

## Trustee Bond

20. Subject to the laws of the Universe and any other applicable jurisdiction, no bond or security of any kind will be required of any Trustee appointed in this Living Trust agreement.

## Trustee Liability

21. The Trustee will not be liable to this Living Trust, the Grantor or to the Beneficiaries for any action or failure to act resulting in loss or harm to this Living Trust, the Grantor or to the Beneficiaries except in the case of gross negligence, willful misconduct, or reckless indifference to the purposes of the trust or the interests of the Beneficiaries. A Trustee will only be responsible for his or her own acts and no Trustee will be liable for any act or actions occurring in the periods before or after the tenure of that Trustee. Any outstanding liabilities of a dead, resigning or removed Trustee are not discharged or affected by the Trustee's death, resignation or removal.

## Trustee Death or Resignation

22. A Trustee may resign at any time for any reason upon at least 30 days' notice to the Grantor, if the Grantor is still alive, to any remaining Trustee, if there are any, and to the Qualified Beneficiaries. If a Trustee dies, that Trustee will cease to be a Trustee as of the date of their death.

## Trustee Removal

23. During the lifetime of the Grantor, and unless and until the Grantor becomes incapacitated, the Grantor may remove a Trustee for any reason or for no reason at the sole discretion of the Grantor.

24. After the death of the Grantor, the Qualified Beneficiaries may, by unanimous vote of all of the Qualified Beneficiaries, remove a Trustee for any reason or for no reason at the sole discretion of the Qualified Beneficiaries.

25. At any time after the death or disability of the Grantor, a Trustee or a Beneficiary may apply to a court of competent jurisdiction to remove a Trustee. A Trustee may also be removed by the court on the court's own initiative.

## Trustee Replacement

26. At any time where the Grantor is alive and not incapacitated and where a Trustee has been removed, died, resigned or is no longer able to act as Trustee for any reason, a replacement Trustee may be appointed by the Grantor.

27. Where the Grantor is dead or incapacitated, and where a Trustee has been removed, died, resigned or is no longer able to act as Trustee for any reason, and where a replacement Trustee is deemed necessary by the remaining acting Trustee, a replacement Trustee may be appointed by a majority vote of all acting Trustees still able and authorized to act.

28. Where the Grantor is dead or incapacitated, and where the Living Trust is left with no Trustee, a replacement Trustee may be appointed by a unanimous vote of the Qualified Beneficiaries.

## Trustee Powers

29. Powers granted to an acting Trustee of this Living Trust include, but are not limited to, the Following: a. The Trustee will have the same rights and obligations to manage the Property as if the Trustee were the owner of the Property.

b. After the death of the Grantor, the Trustee will have the power to appoint one or more individuals or institutions to act as co-Trustee where it is deemed reasonable and in the best overall interest of this Living Trust.

c. The Trustee may employ and rely on the advice of experts including, but not limited to, legal counsel, accountants and investment advisors to help in the management of the Property where that hiring is deemed reasonable and in the best overall interest of this Living Trust.

d. The Trustee may retain, exchange, insure, repair, improve, sell or dispose of any and all personal property belonging to this Living Trust as the Trustee deems reasonable and in the best overall interest of this Living Trust, without liability for loss or depreciation.

e. The Trustee may invest, manage, lease, rent, exchange, mortgage, sell, dispose of or give options without being limited as to term and to insure, repair, improve, or add to or otherwise deal with any and all real property belonging to this Living Trust as the Trustee deems reasonable and in the best overall interest of this Living Trust, without liability for loss or depreciation.

f. The Trustee may maintain, continue, dissolve, change or sell any business which is part of this Living Trust, or purchase any business on behalf of this Living Trust, as the Trustee deems reasonable and in the best interest of this Living Trust.

g. The Trustee may purchase, maintain, convert and liquidate investments or securities, at reasonable risk, and for the purpose of generating income and growth, and vote stock in person or by proxy, or exercise any option concerning any investments or securities, as the Trustee deems reasonable and in the best overall interest of this Living Trust, without liability for loss or depreciation.

h. The Trustee may open or close bank accounts wherever reasonable and in the best interest of this Living Trust.

i. The Trustee may invest and reinvest the assets of this Living Trust, at reasonable risk, for the purpose of generating income and growth, as the Trustee deems reasonable and in the best overall interest of this Living Trust, without liability for loss or depreciation.

j. The Trustee may hold un-invested cash and unproductive property where it is reasonable and in the best interest of this Living Trust to do so including, but not limited to, for the purpose of protecting the capital and principal of this Living Trust.

k. The Trustee may lend funds to any borrower where the loan is adequately secured by sufficient collateral and where the loan is reasonable and in the best overall interest of this Living Trust.

l. The Trustee may borrow funds from any lender and mortgage or otherwise encumber any asset belonging to this Living Trust where the loan is reasonable and in the best overall interest of this Living Trust.

m. The Trustee may maintain, settle, abandon, sue or defend, or otherwise deal with any claim where it is reasonable and in the best interest of the Living Trust to do so.

n. Where there are no other resources available, and where the Trustee is compelled to do so, the Trustee may resolve any legally enforceable debts, taxes, reasonable funeral expenses, burial expenses and any expenses related to the final illness of the Grantor out of the resources of this Living Trust.

o. The Trustee may make the Final Distribution in any combination of cash and property. Property selection and valuation in the course of the Final Distribution will be made in the good faith discretion of the Trustee and will be binding on all Beneficiaries.

30. It is incumbent on the Trustee to act as fiduciaries, in good faith and in the best interest of the Living Trust.

31. All decisions of the acting Trustee, made in good faith, regarding the management of this Living Trust will be final and binding on all parties.

32. The above authority and powers granted to the Trustee are in addition to any powers and elective rights conferred by state or federal law or by other provision of this Living Trust and may be exercised as often as required, and without application to or approval by any court.

## Trustee Compensation

33. Any Trustee who is not a Beneficiary of this Living Trust will receive reasonable compensation out of the resources of this Living Trust for services rendered. A Trustee who is also a Beneficiary under this Living Trust will serve without compensation.

## Trustee Expenses

34. A Trustee is entitled to be reimbursed out of the income and property of this Living Trust for any and all expenses, including interest where appropriate, where the expense is reasonably and properly incurred in the management of this Living Trust.

## Spendthrift Clause

35. No Beneficiary of this Living Trust will have the power to transfer, sell, assign, or otherwise encumber any assets or property held by this Living Trust prior to the Final Distribution by the acting Trustee. Similarly, the right of distribution held by any Beneficiary under this Living Trust agreement will not be subject to judicial encumbrance prior to the Final Distribution by the acting Trustee.

## Tax Identification

36. For tax purposes, this Revocable Living Trust will be identified by the Employer Identification Number during the lifetime of the Grantor along with Social Security Number if necessary to identify grantor.

## Homestead Tax Exemption

37. If the principal residence of the Grantor is held within this Revocable Living Trust, the Grantor maintains the right to possess and inhabit the residence without rent and charge-free, for the duration of their lifetime. This is intended for the purpose of giving the Grantor a beneficial interest and possessor rights in the residence and to ensure that the Grantor does not lose any eligibility for a state homestead tax exemption that they would otherwise qualify for.

## Vote of Minor or Adult Dependent Beneficiaries

38. Where a Beneficiary is a Minor or Adult Dependent Beneficiary and a vote, consent, or decision of the Qualified Beneficiaries is required, then the parent, custodian or guardian for that Minor or Adult Dependent Beneficiary, acting in the best interest of that Minor or Adult Dependent Beneficiary, will be allowed to take the place of that Minor or Adult Dependent Beneficiary for the purpose of that vote, consent, or decision.

## Termination of Trust

39. This Living Trust will terminate where the Property of this Living Trust is exhausted through distributions.

40. In the event that the acting Trustee concludes that the value of the Property is insufficient to justify the cost of administration and that the aggregate value of the Property is less than the value of land resource value the acting Trustee may terminate this Living Trust after providing notice to the Qualified Beneficiaries. Where this Living Trust is terminated under this section, the acting Trustee will distribute the Property in a manner consistent with and as described in the distributions sections of this Living Trust.

## Abstract of Trust

41. The acting Trustee may execute an abstract of this Living Trust (the "Abstract of Trust") and may present the Abstract of Trust to a financial institution as proof of the existence of this Living Trust. The Abstract of Trust should not contain full details of the property holdings of the Living Trust nor should it name all of the Beneficiaries of the Living Trust. Any person who is presented with an Abstract of Trust with regard to this Living Trust will be held harmless for relying on the Abstract of Trust.

## Governing Law

42. This Living Trust will be governed in accordance with the laws of the Universe as its highest and the laws of equity at its lowest.

## Severability

43. If any provisions of this Living Trust are deemed unenforceable, the remaining provisions will remain in full force and effect.

## Definitions

44. For the purpose of this Living Trust the following definitions will apply:
a. "acting Trustee" means any Trustee who is currently serving as a trustee of this Living Trust.
b. "Adult Dependent Beneficiary" means an adult beneficiary who is unable to manage their own financial affairs by reason of mental or other disability.
c. "age of majority" means the age of majority of the jurisdiction where a beneficiary ordinarily resides.
d. "incapacity" or "incapacitated" means when a person is unable to manage their own financial affairs by reason of mental or other disability.
e. "Minor Beneficiary" means a beneficiary who is under the legal age of majority.
f. "Trustee" means any Primary Trustee or Successor Trustee as well as any replacement or additional trustee appointed for this Living Trust.
g. "Qualified Beneficiary" means any beneficiary that is then entitled to a benefit under this Living Trust.

IN WITNESS WHEREOF, the parties hereto have signed their names on,
05 July 2024 _____ in Brooklyn New York, declaring and publishing this instrument as the Grantor's Living Trust, in the presence of the undersigned witnesses, who witnessed and subscribed this Living Trust in the presence of the parties hereto.
Jameel Solomon    JAMEEL SOLOMON (Grantor) [Seal]
Solomon; Jameel    Solomon; Jameel (Trustee)

SIGNED AND DECLARED by the above parties on the 05 July 2024 to be the Grantors Living Trust, in our presence, in Brooklyn, New York, in their presence, all being present at the same time, have signed our names as witnesses. **Executed without the UNITED STATES, We declare under penalty of perjury under the laws of the united states of America that the foregoing is true and correct. Without Prejudice, UCC 1-308.**

Witness #1 Signature
Witness #1 Name (Please Print)    Kevon Murray
Witness #1 Street Address
Witness #1 City/State    Brooklyn NY 11212

Witness #2 Signature
Witness #2 Name (Please Print)    Travis Forsythe
Witness #2 Street Address
Witness #2 City/State    Brooklyn NY 11226

Witness #3 Signature
Witness #3 Name (Please Print)    Kwadwo Kuansah
Witness #3 Street Address
Witness #3 City/State    Brooklyn NY 11225

**We certify that the foregoing is true, correct, and is not misleading. The truth, the whole truth and nothing but the truth. Deuteronomy 19:15-21** "One witness shall not rise up against a man for any iniquity, or for any sin, in any sin that he sinneth: at the mouth of two witnesses, or at the mouth of three witnesses, shall the matter be established."

**1 Timothy 6:17** "Charge them that are rich in this world, that they be in uncertain riches, but in the living God YAHWEH, who giveth us richly all things to enjoy."

**Exodus 31:3** "And I have filled him with the spirit of God YAHWEH, in wisdom, understanding, and in knowledge, and in all manner of workmanship."

## Schedule A

The Grantor assigns, conveys and delivers to this Living Trust, all of the rights, title and interest, tangible or intangible, to any and all properties, real or personal:
1. All tangible and intangible assets of the JAMEEL SOLOMON (including all derivations of the name/title) along with: JS REVOCABLE LIVNG TRUST.
2. Any and all Intellectual Property created in both the past, present, or future in the name JAMEEL SOLOMON. along with JS REVOCABLE LIVING TRUST.
3. Income from every source
4. Proceeds of grantor's labor and interest from Extended Credit from all sources

5. Real Property such as houses, automobiles, boats, etc upon acquisition.
6. Real property such as equipment be it Blue Collar or White Collar.
7. Real property such as stored supplies that over time value in the form of interest.
8. All property belonging to the Grantor
9. Real Property such as houses, vehicles, boats etc
10. Real property such as equipment be it Blue Collar or White Collar.
11. Real property such as stored supplies that over gain value with volume over time
12. All endorsed Securities by any Trustee and representative of this trust.
13. All proceeds and interest gained from the trading/bartering/exchanging of instruments endorsed by representatives and of trustees of this trust.
14. All Land hereditaments CLAIMED AND RECLAIMED AND OR Uncovered by the Grantor or any Trustee.

### NOTORIETY PAGE IN THE UNITED STATES UNDER PENALTY OF PERJURY U.S. PERSON IDENTIFICATION.

JAMEEL SOLOMON, GRANTOR
ALL RIGHTS RESERVED AND RETAINED

Solomon, Jameel TTEE
Solomon; Jameel
Agent

### Notice

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction, a benefit for minors and the incompetent whom I anticipate may become knowledgeable in the truth for the Law by our forefathers/foremothers and rise, so they will no longer be alienated from their true culture and Creator.

**Jurat**

KiNGS County                    ]
                                ] ss
N.Y. State                      ]

Subscribed and affirmed before me this ___5___ day for the ___July___ month in the year, Two Thousand and Twenty-four, A.D.

Notary
Address of Notary          IGSS SERVICES
                           2014 Church Avenue
                           Brooklyn, NY 11226
My Notary Expires  4/11/2026          Suite #2

Seal

JEAN R BERNAGENE
Notary Public, State of New York
No. 01BE5026152
Qualified in Kings County
Commission Expires April 11, 20 26



**Public Service Center Building**
240 N. Stone Ave., 1ˢᵗ Floor
Tucson, AZ 85701

**Doc. Recording:** (520) 724-4350
**Voter Registration:** (520) 724-4330

**PIMA COUNTY**
RECORDER'S OFFICE

**Mailing Address:**
PO Box 3145
Tucson, AZ 85702-3145

**Social:** @PimaRecorder
**Web:** recorder.pima.gov

Gabriella Cázares-Kelly, Recorder

The foregoing instrument is a full, true and correct copy of the original record in this office.

Sequence #: *20242060073*    # of Pages: 7

Docket # NA

Starting Page#: NA          Ending Page #: NA

GABRIELLA CÁZARES-KELLY, County Recorder
In and for the County of Pima, State of Arizona

By: E. Yolanda Cordova
_____ Deputy Recorder          July 24, 2024
                                                    Date

Form May 14, 2004
REVISED January 4, 2021

## Your CUSIP Results are as follows:

**JAMEEL SOLOMON (CC 1:23-CR-00274 [CASE])**
**Goldman Sachs High Yield Municipal Fund**
Symbol:               GHYAX
CUSIP:                **38142Y625**

Inception Date:       04/03/2000
Net Assets:           $11,270,590,000.00 as of
                      5/18/2024
Portfolio Assets:     $11,270,590,000.00 as of
                      5/18/2024

**A little about the Fund:**

Goldman Sachs High Yield Municipal Fund seeks a high level of current income that is
exempt from regular federal income tax and may also consider the potential for capital
appreciation with a maximum duration of 12 years. The Fund's comparative indices are
Bloomberg Municipal Bond Index and Bloomberg Municipal High Yield Bond Index.



VOID ☐  CORRECTED (if checked)

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>JAMEEL SOLOMON<br><br>▮▮▮▮▮▮▮ | OMB No. 1545-0877<br>Form **1099-A**<br>(Rev. January 2022) | **Acquisition or Abandonment of Secured Property** |
|---|---|---|
| | For calendar year<br>2023 | **Copy C** |

| LENDER'S TIN<br>▮▮▮▮ | BORROWER'S TIN<br>XX-XXX3200 | 1 Date of lender's acquisition or knowledge of abandonment<br>06/14/2023 | 2 Balance of principal outstanding<br>$2000000.00 | **For Lender** |
|---|---|---|---|---|

| | 4 Fair market value of property<br>$2000000.00 | For Privacy Act and Paperwork Reduction Act Notice, see the **current General Instructions for Certain Information Returns.** |
|---|---|---|

BORROWER'S name, Street address (including apt. no.), City or town, state or province, country, and ZIP or foreign postal code
State of New York
110 STATE STREET
ALBANY NY 12236
US

5 If checked, the borrower was personally liable for repayment of the debt . . . . . . . . . ▶ ☑

6 Description of property
Audit Account Case # 1:23-cr-00274

Account number (see instructions)
123CR00274

Form **1099-A** (Rev. 1-2022)    www.tax1099.com - IRS Approved e File Provider    www.irs.gov/Form1099A

**Instructions for Lender**

To complete Form 1099-A, use:
- The current General Instructions for Certain Information Returns, and
- The current Instructions for Forms 1099-A and 1099-C.

To order these instructions and additional forms, go to www.irs.gov/EmployerForms.

**Caution:** Because paper forms are scanned during processing, you cannot file certain Forms 1096, 1097, 1098, 1099, 3921, or 5498 that you print from the IRS website.

**Filing and furnishing.** For filing and furnishing instructions, including due dates, and to request filing or furnishing extensions, see the current General Instructions for Certain Information Returns.

**Need help?** If you have questions about reporting on Form 1099-A, call the information reporting customer service site toll free at 866-455-7438 or 304-263-8700 (not toll free). Persons with a hearing or speech disability with access to TTY/TDD equipment can call 304-579-4827 (not toll free).

##CORRECTED CHECKED## CORRECTED (if checked)

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>State of New York<br>110 STATE STREET<br>ALBANY NY 12236<br>US - Phone: 5184744044 | | OMB No. 1545-0877<br>Form **1099-A**<br>(Rev. January 2022) | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| | | For calendar year<br>2023 | **Copy B**<br>**For Borrower** |
| **LENDER'S TIN**<br>████ | **BORROWER'S TIN**<br>XXX-XX-1817 | 1 Date of lender's acquisition or knowledge of abandonment<br>06/14/2023 | 2 Balance of principal outstanding<br>$2000000.00 | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported |
| BORROWER'S name, Street address (including apt. no.),City or town, state or province, country, and ZIP or foreign postal code<br>JAMEEL SOLOMON<br>████ | | | 4 Fair market value of property<br>$2000000.00 | |
| | | 5 If checked, the borrower was personally liable for repayment of the debt . . . . . . . . . . ▶ ☐ | | |
| | | 6 Description of property<br>Audit Account Case # 1:23-cr-00274 | | |
| Account number (see instructions)<br>I23CR00274 | | | | |

Form **1099-A**(Rev. 1-2022)        www.tax1099.com - IRS Approved e File Provider        www.irs.gov/Form1099A

**Instructions for Borrower**

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition is generally measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. The tax consequences of abandoning property depend on whether or not you were personally liable for the debt. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about your tax consequences. Property means any real property (such as a personal residence), any intangible property, and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Borrower's taxpayer identification number (TIN).**For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.**May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.**For a lender's acquisition of property that was security for a loan, the date shown is generally the earlier of the date title was transferred to the lender

or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned. Box 3. Reserved for future use.

**Box 3.** Reserved for future use.

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.

**Future developments.** SFor the latest information about developments related to Form 1099-A and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099A.

**Free File Program.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

☑ **CORRECTED ( If checked )**

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no<br>JAMEEL SOLOMON | Applicable checkbox on Form 8949<br>X | OMB No. 1545-0715<br>**2023**<br>Form **1099-B** | Proceeds<br>From Broker<br>and Barter<br>Exchange<br>Transactions |
|---|---|---|---|

| | 1a Description of property (Example: 100 sh. XYZ Co.)<br>REAL MONEY MONETIZED BY 10 | | |
|---|---|---|---|

| PAYER'S TIN | RECIPIENT'S TIN<br>XX-XXX3200 | 1b Date acquired<br>01/01/2023 | 1c Date sold or disposed<br>12/31/2023 | **Copy C**<br>**For**<br>**Payer** |
|---|---|---|---|---|

| RECIPIENT'S name, address,City or town, state or province, ZIP/ postal code & Country<br>State of New York<br>110 STATE STREET<br>ALBANY NY 12236<br>US | 1d Proceeds<br>$2000000.00 | 1e Cost or other basis<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the 2023 General Instructions for Certain Information Returns |
|---|---|---|---|
| | 1f Accrued market discount<br>$ | 1g Wash sale loss disallowed<br>$ | |
| | 2 Short-term gain or loss ☐<br>Long-term gain or loss ☐<br>Ordinary        ☐ | 3 If checked, proceeds from:<br>Collectibles ☐<br>QOF ☐ | |

| Account number (see instructions)<br>123CR00274 | 4 Federal income tax withheld<br>$ | 5 If checked, noncovered security ☐ |
|---|---|---|

| CUSIP number<br>38142Y625 | FATCA filing requirement☐ | 6 Reported to IRS:<br>Gross proceeds ☐<br>Net proceeds ☐ | 7 If checked, loss is not allowed based on amount in 1d ☐ |
|---|---|---|---|
| | | 8 Profit or (loss) realized in 2023 on closed contracts<br>$ | 9 Unrealized profit or (loss) on open contracts—12/31/2022<br>$ |

| 14 State name | 15 State identification no. | 16 State tax withheld | 10 Unrealized profit or (loss) on open contracts—12/31/2023<br>$ | 11 Aggregate profit or (loss) on contracts<br>$ |
|---|---|---|---|---|
| | | $ | | |
| | | $ | 12 If checked, basis reported to IRS ☐ | 13 Bartering |

Form **1099-B**
**Instructions for Payer**

www.tax1099.com - IRS Approved e File Provider

www.irs.gov/Form1099B

To complete Form 1099-B, use:

. The 2023 General Instructions for Certain Information Returns, and
. The 2023 Instructions for Form 1099-B. To order these instructions and additional forms, go to www.irs.gov/Form1099B.
**Caution:** Because paper forms are scanned during processing, you cannot file with the IRS Forms 1096, 1097, 1098, 1099, 3921, or 5498 that you print from the IRS website.
**Filing and furnishing.** For filing and furnishing instructions, including due dates, and requesting filing or furnishing extensions, see the 2023 General Instructions for Certain Information Returns.

**Foreign recipient.**If the recipient of the proceeds is a nonresident alien, you may have to withhold federal income tax and file Form 1042-S. See the Instructions for Form 1042-S, and Pub. 515.
**Need help?**If you have questions about reporting on Form 1099-B, call the information reporting customer service site toll free at 866-455-7438 or 304-263-8700 (not toll free). Persons with a hearing or speech disability with access to TTY/TDD equipment can call 304-579-4827 (not toll free).

☐ **CORRECTED ( If checked )**

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no<br>State of New York<br>110 STATE STREET<br>ALBANY NY 12236<br>US - Phone: 5184744044 | Applicable checkbox on Form 8949<br>X | OMB No. 1545-0715<br>**2023**<br>Form **1099-B** | **Proceeds From Broker and Barter Exchange Transactions** |
|---|---|---|---|

**1a** Description of property (Example: 100 sh. XYZ Co.)
REAL MONEY MONETIZED BY 10

| PAYER'S TIN ▓▓▓▓ | RECIPIENT'S TIN<br>XXX-XX-1817 | **1b** Date acquired<br>01/01/2023 | **1c** Date sold or disposed<br>12/31/2023 | **Copy B For Recipient** |
|---|---|---|---|---|

| RECIPIENT'S name, address,City or town, state or province, ZIP/ postal code & Country<br>JAMEEL SOLOMON<br>▓▓▓▓▓ | **1d** Proceeds<br>$ 2000000.00 | **1e** Cost or other basis<br>$ |
|---|---|---|

**1f** Accrued market discount $    **1g** Wash sale loss disallowed $

**2** Short-term gain or loss ☐  Long-term gain or loss ☐  Ordinary ☑    **3** If checked, proceeds from: Collectibles ☐  QOF ☐

Account number (see instructions)
123CR00274

**4** Federal income tax withheld $ 480000.00    **5** If checked, noncovered security ☐

CUSIP number
38142Y625    FATCA filing requirement ☐

**6** Reported to IRS: Gross proceeds ☐  Net proceeds ☐    **7** If checked, loss is not allowed based on amount in 1d ☐

**8** Profit or (loss) realized in 2023 on closed contracts $    **9** Unrealized profit or (loss) on open contracts—12/31/2022 $

| 14 State name | 15 State identification no. | 16 State tax withheld $  $ |
|---|---|---|

**10** Unrealized profit or (loss) on open contracts—12/31/2023 $    **11** Aggregate profit or (loss) on contracts $

**12** If checked, basis reported to IRS ☐    **13** Bartering $ 10000000.00

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Form **1099-B**    www.tax1099.com - IRS Approved e File Provider    www.irs.gov/Form1099B

**Instructions for Recipient**

Brokers and barter exchanges must report proceeds from (and in some cases, basis for) transactions to you and the IRS on Form 1099-B. Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure. You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock. If your broker reported this type of transaction to you, the corporation is identified in box 1a.

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (SSN, ITIN, ATIN, or EIN). However, the issuer has reported your complete TIN to the IRS.
**Account number.** May show an account or other unique number the payer has assigned to distinguish your account.
**CUSIP number.** Shows the CUSIP (Committee on Uniform Security Identification Procedures) number or other applicable identifying number.
**BFATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its account reporting requirement under chapter 4 of the Internal Revenue Code. You may also have a filing requirement. See the Instructions for Form 8938.
**Applicable checkbox on Form 8949.** Indicates where to report this transaction on Form 8949 and Schedule D (Form 1040), and which checkbox is applicable. See the instructions for your Schedule D (Form 1040) and/or Form 8949.
**Box 1a.** Shows a brief description of the item or service for which amounts are being reported. For regulated futures contracts and forward contracts, "RFC" or other appropriate description may be shown. For Section 1256 option contracts, "Section 1256 option" or other appropriate description may be shown. For a corporation that had a reportable change in control or capital structure, this box may show the class of stock as C (common), P (preferred), or O (other).

**Box 1b.** This box may be blank if box 5 is checked or if the securities sold were acquired on a variety of dates. For short sales, the date shown is the date you acquired the security delivered to close the short sale.

**Box 1c.** Shows the trade date of the sale or exchange. For short sales, the date shown is the date the security was delivered to close the short sale. For aggregate reporting in boxes 8 through 11, no entry will be present.
**Box 1d.** Shows the cash proceeds, reduced by any commissions or transfer taxes related to the sale, for transactions involving stocks, debt, commodities, forward contracts, non-Section 1256 option contracts, or securities futures contracts. May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust. May also show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation. Losses on forward contracts or non-Section 1256 option contracts are shown in parentheses. This box does not include proceeds from regulated futures contracts or Section 1256 option contracts. Report this amount on Form 8949 or on Schedule D (Form 1040) (whichever is applicable) as explained in the Instructions for Schedule D (Form 1040).
**Box 1e.** Shows the cost or other basis of securities sold. If the securities were acquired through the exercise of a noncompensatory option granted or acquired on or after January 1, 2014, the basis has been adjusted to reflect your option premium. If the securities were acquired through the exercise of a noncompensatory option granted or acquired before January 1, 2014, your broker is permitted, but not required, to adjust the basis to reflect your option premium. If the securities were acquired through the exercise of a compensatory option, the basis has not been adjusted to include any amount related to the option that was reported to you on a Form W-2. If box 5 is checked, box 1e may be blank. See the Instructions for Form 8949, the Instructions for Schedule D (Form 1040), or Pub. 550 for details.
*(Continued on the back of Copy 2.)*

☐ **CORRECTED** (if checked)

| PAYER'S name, street address, City or town, state or province, country, and ZIP or foreign postal code | | Payer's RTN (optional) | OMB No. 1545-0112 | **Interest Income** |
|---|---|---|---|---|
| State of New York<br>110 STATE STREET<br>ALBANY NY 12236<br>US - Phone: 5184744044 | | 1 Interest income<br>$10000000.00 | (Rev. January 2023)<br>**2023**<br>Form 1099-INT | |
| | | 2 Early withdrawal penalty<br>$ | | **Copy B** |
| PAYER'S TIN<br>████ | RECIPIENT'S TIN<br>XXX-XX-1817 | 3 Interest on U.S. Savings Bonds and Treasury obligations<br>$ | | **For Recipient** |
| RECIPIENT'S name, street address(including apt. no.), city or town, state or province, country, ZIP or foreign postal code<br>JAMEEL SOLOMON<br>████ | | 4 Federal income tax withheld<br>$ | 5 Investment expenses<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 6 Foreign tax paid<br>$ | 7 Foreign country or U.S. territory | |
| | | 8 Tax-exempt interest<br>$ | 9 Specified private activity bond interest<br>$ | |
| | | 10 Market discount<br>$ | 11 Bond premium<br>$ | |
| | FATCA filing<br>☐ | 12 Bond premium on Treasury obligations<br>$ | 13 Bond premium on tax-exempt bond<br>$ | |
| Account number (see instructions)<br>123CR00274 | | 14 Tax-exempt and tax credit bond CUSIP no. | 15 State | 16 State identification no. | 17 State tax withheld<br>$<br>$ |

Form **1099-INT**    www.tax1099.com -IRS Approved e-File Provider    www.irs.gov/Form1099INT

**Instructions for Recipient**

The information provided may be different for covered and noncovered securities. For a description of covered securities, see the Instructions for Form 8949. For a taxable covered security acquired at a premium, unless you notified the payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to amortize the premium under section 171, or for a tax-exempt covered security acquired at a premium, your payer must generally report either (1) a net amount of interest that reflects the offset of the amount of interest paid to you by the amount of premium amortization allocable to the payment(s), or (2) a gross amount for both the interest paid to you and the premium amortization allocable to the payment(s). If you did notify your payer that you did not want to amortize the premium on a taxable covered security, then your payer will only report the gross amount of interest paid to you. For a noncovered security acquired at a premium, your payer is only required to report the gross amount of interest paid to you.

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You may also have a filing requirement. See the Instructions for Form 8938.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows taxable interest paid to you during the calendar year by the payer. This does not include interest shown in box 3. May also show the total amount of the credits from clean renewable energy bonds, new clean renewable energy bonds, qualified energy conservation bonds, qualified zone academy bonds, qualified school construction bonds, and build America bonds that must be included in your interest income. These amounts were treated as paid to you during the calendar year on the credit allowance dates (March 15, June 15, September 15, and December 15). For more information, see Form 8912. See the instructions above for a taxable covered security acquired at a premium.

**Box 2.** Shows interest or principal forfeited because of early withdrawal of time savings. You may deduct this amount to figure your adjusted gross income on your income tax return. See the Instructions for Forms 1040 and 1040-SR to see where to take the deduction.

**Box 3.** Shows interest on U.S. Savings Bonds, Treasury bills, Treasury bonds, and Treasury notes. This may or may not all be taxable. See Pub. 550. This interest is exempt from state and local income taxes. This interest is not included in box 1. See the instructions above for a taxable covered security acquired at a premium.

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your TIN or you did not furnish the correct TIN to the payer. See Form W-9. Include this amount on your income tax return as tax withheld.

**Boxes 5, 6.** Any amount shown is your share of investment expenses of a single-class REMIC. This amount is included in box 1. Note: This amount is not deductible.

**Box 6.** Shows foreign tax paid. You may be able to claim this tax as a deduction or a credit on your Form 1040 or 1040-SR. See your tax return instructions.

**Box 7.** Shows the country or U.S. possession to which the foreign tax was paid.

**Box 8.** Shows tax-exempt interest paid to you during the calendar year by the payer. See how to report this amount in the Instructions for Form 1040. This amount may be subject to backup withholding. See Box 4 above. See the instructions above for tax-exempt covered security acquired at a premium.

**Box 9.** Shows tax-exempt interest subject to the alternative minimum tax. This amount is included in box 8. See the Instructions for Form 6251. See the instructions above for a tax-exempt covered security acquired at a premium.

**Box 10.** For a taxable or tax-exempt covered security, if you made an election under section 1278(b) to include market discount in income as it accrues and you notified your payer of the election in writing in accordance with Regulations section 1.6045-1(n)(5), shows the market discount that accrued on the debt instrument during the year while held by you, unless it was reported on Form 1099-OID. For a taxable or tax-exempt covered security acquired on or after January 1, 2015, accrued market discount will be calculated on a constant yield basis unless you notified your payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to make a constant yield election for market discount under section 1276(b). Report the accrued market discount on your income tax return as directed in the Instructions for Form 1040. Market discount on a tax-exempt security is includible in taxable income as interest income.

**Box 11.** For a taxable covered security (other than a U.S. Treasury obligation), shows the amount of premium amortization allocable to the interest payment(s), unless you notified the payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to amortize bond premium under section 171. If an amount is reported in this box, see the Instructions for Schedule B (Form 1040) to determine the net amount of interest, includible in income on Form 1040 or 1040-SR with respect to the security. If an amount is not reported in this box for a taxable covered security acquired at a premium and the payer is reporting premium amortization, the payer has reported a net amount of interest in box 1. If the amount in box 11 is greater than the amount of interest paid on the covered security, see Regulations section 1.171-2(a)(4).

**Box 12.** For a U.S. Treasury obligation that is a covered security, shows the amount of premium amortization allocable to the interest payment(s), unless you notified the payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to amortize bond premium under section 171. If an amount is reported in this box, see the Instructions for Schedule B (Form 1040) to determine the net amount of interest includible in income on Form 1040 or 1040-SR with respect to the U.S. Treasury obligation. If an amount is not reported in this box for a U.S. Treasury obligation that is a covered security acquired at a premium and the payer is reporting premium amortization, the payer has reported a net amount of interest in box 3. If the amount in box 12 is greater than the amount of interest paid on the U.S. Treasury obligation, see Regulations section 1.171-2(a)(4).

**Box 13.** For a tax-exempt covered security, shows the amount of premium amortization allocable to the interest payment(s). If an amount is reported in this box, see Pub. 550 to determine the net amount of tax-exempt interest reportable on Form 1040 or 1040-SR. If an amount is not reported in this box for a tax-exempt covered security acquired at a premium, the payer has reported a net amount of interest in box 8 or 9, whichever is applicable. If the amount in box 13 is greater than the amount of interest paid on the tax-exempt covered security, the excess is a nondeductible loss. See Regulations section 1.171-2(a)(4)(ii).

**Box 14.** Shows CUSIP number(s) for tax-exempt bond(s) on which tax-exempt interest was paid, or tax credit bond(s) on which taxable interest was paid or tax credit was allowed, to you during the calendar year. If blank, no CUSIP number was issued for the bond(s).

**Boxes 15–17.** State tax withheld reporting boxes.

**Nominees.** If this form includes amounts belonging to another person(s), you are considered a nominee recipient. Complete a Form 1099-INT for each of the other owners showing the income allocable to each. File Copy A of the form with the IRS. Furnish Copy B to each owner. List yourself as the "payer" and the other owner(s) as the "recipient." File Form(s) 1099-INT with Form 1096 with the Internal Revenue Service Center for your area. On Form 1096, list yourself as the "filer." A spouse is not required to file a nominee return to show amounts owned by the other spouse.

**Future developments.** For the latest information about developments related to Form 1099-INT and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099INT.

**FreeFile.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

STATE OF NEW YORK
COUNTY OF KINGS                    SS:
COUNTY CLERK'S OFFICE

I, Nancy T. Sunshine, County Clerk of the County of Kings, State of New York and also Clerk of the Supreme Court in and for said County and State, the same being a Court of Record and having a seal;

**DO HEREBY CERTIFY THAT  FLORVIL-CHARLES, MARLINE  01FL6173312**
**Term 8/27/2023 to 8/27/2027**

**Whose name is subscribed to the annexed affidavit, deposition, certificate of acknowledgment or proof, was at the time of taking the same a NOTARY PUBLIC in and for the State of New York, duly commissioned and sworn and qualified to act as such throughout the State of New York; that pursuant to law a commission, or a certificate of their official character, and autograph signature, have been filed in my office; that as such the Notary Public was duly authorized by the laws of the State of New York to administer oaths and affirmations, to receive and certify the acknowledgment or proof of deeds, mortgages, powers of attorney and other written instruments for lands, tenements and hereditaments to be read in evidence or recorded in this State, to protest notes and to take and certify affidavits and depositions; and that I am well acquainted with the handwriting of such Notary Public or have compared the signature on the annexed instrument with their autograph signature deposited in my office,**

**IN WITNESS WHERE OF, I have hereunto set my hand and affixed my official seal at Brooklyn, Kings County, New York on August 16, 2024**

NANCY T. SUNSHINE
KINGS COUNTY CLERK

From Jameel:Solomon Bloodline (Estate)



United States Of America

RE: Ruby J. Krajick Clerk of Court, Analisa Torres Judge, Elizabeth
Daniels Lead Attorney, Lisa Daniels Assistant Attorney, Damian Williams
United States Attorney, everyone involved even jesus

Affidavit of Form 56

I, the I AM, called Jameel:Solomon Bloodline, Natural person, do not wish to bring any liability
issues against this court, my life has been placed in jeopardy and targeted and I require an
advocate. I don't want to be a party to any Tax Fraud. It is my firm intent to remain in honor.
Please help!

I, the I AM, called Jameel:Solomon Bloodline (Estate), Power of Attorney for the JAMEEL
SOLOMON ESTATE, without recourse am of age of majority, having firsthand knowledge of the
facts, under the penalty of perjury, state for the record that these statements are true and
correct to the best of my knowledge.

By: _Jameel Solomon EX_

Witness #1 Signature _____
Witness #1 Name (Please Print) _Keon Murray_
Witness #1 Street Address ███████████
Witness #1 City/State _Brooklyn N.Y 11210_

Witness #2 Signature _____
Witness #2 Name (Please Print) _Travis Forsythe_
Witness #2 Street Address ███████████
Witness #2 City/State _Brooklyn, NY_

NOTARY ACKNOWLEDGMENT: A notary public or other officer completing this certificate
verifies only the identity of the individual who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or validity of that document.

On _August 13 2024_, before me _Marline Florvil-Charles_, Notary Public,
personally appeared Jameel:Solomon Executor who proved to me on the basis of satisfactory
evidence to be the person whose name is subscribed to the within instrument and
acknowledged to me that he executed the same in his authorized capacity, and that by his
signature on the instrument the person, or the entity upon behalf of which the person acted,
executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of
New York, County of Kings that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

MARLINE FLORVIL-CHARLES
NOTARY PUBLIC-STATE OF NEW YORK
No. 01FL6173312
Qualified in Kings County
My Commission Expires 08-27-20__

/s/ _____
SIGNATURE OF NOTARY PUBLIC