UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JAMEEL SOLOMON,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2024

23 Cr. 274-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

A status conference in this matter is scheduled for **November 18, 2024**, at **12:00 p.m.**

SO ORDERED.

Dated: October 22, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge