

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/20/2024
```

December 20, 2024

<u>*Via* ECF</u>
The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

      **Re:**    *United States v. Jameel Solomon*, **23 Cr. 274-2 (AT)**

Dear Judge Torres,

    This letter concerns my representation of Mr. Jameel Solomon in the above-captioned case. Mr. Solomon's bail conditions permit travel within the Southern District of New York and the Eastern District of New York but not the District of New Jersey.

    Accordingly, I write to respectfully request that the Court temporarily modify Mr. Solomon's bail conditions such that he be permitted to travel by car to Old Bridge, NJ, from the morning of December 24, 2024, to the evening of January 3, 2024. Mr. Solomon will stay at an address known to both U.S. Pretrial Services and the government during this period. The purpose of this trip is for Mr. Solomon to attend various gatherings for the holidays and spend time with family.

    The government, through AUSA Lisa Daniels, has indicated that it refers to U.S. Pretrial Services regarding this request. U.S. Pretrial Services, through Officer Taelor Nisbeth, takes no position.

    Thank you for the Court's consideration.

                                                 Respectfully submitted,

                                                 /s

                                                 Aaron Mysliwiec
                                                 *Attorney for Jameel Solomon*

GRANTED.

SO ORDERED.

Dated:  December 20, 2024
          New York, New York

_____
ANALISA TORRES
United States District Judge