USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/10/2025__



January 10, 2025

*Via* **ECF**
The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

   **Re:**  *United States v. Jameel Solomon*, 23 Cr. 274-2 (AT)

Dear Judge Torres,

  This letter concerns my representation of Mr. Jameel Solomon in the above-captioned case. I write the Court in advance of the defense motions deadline of January 16, 2025.

  I respectfully request to adjourn the motions schedule by 1 week, so defense filings are due January 23, 2025, and government filings are due February 6, 2025. The reason for this request is to allow additional time for the parties to continue discussing a potential resolution in this case. AUSA Lisa Daniels has informed me that she consents to this request.

  Thank you for the Court's consideration.

                  Respectfully submitted,

                  /s

                  Aaron Mysliwiec
                  *Attorney for Jameel Solomon*

GRANTED.

SO ORDERED.

Dated: January 10, 2025
    New York, New York

                _____
                ANALISA TORRES
                United States District Judge