USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/22/2025__

MM

January 21, 2025

<u>*Via* ECF</u>
The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

   **Re:**  *United States v. Jameel Solomon*, **23 Cr. 274-2 (AT)**

Dear Judge Torres,

  This letter concerns my representation of Mr. Jameel Solomon in the above-captioned case. I write the Court in advance of the new defense motions deadline of January 23, 2025.

  I respectfully request to adjourn the motions schedule by an additional week, so defense filings are due January 30, 2025, and government filings are due February 13, 2025. The reason for this request is to allow additional time for the parties to continue researching and discussing a potential resolution in this case. The government, through AUSA Lisa Daniels, has informed me it has no objection to this request.

  Thank you for the Court's consideration.

              Respectfully submitted,

              /s

              Aaron Mysliwiec
              *Attorney for Jameel Solomon*

GRANTED.  By **January 30, 2025**, Defendant shall file any pretrial motions.  By **February 13, 2025**, the Government shall file its response.  By **February 20, 2025**, Defendant shall file his reply, if any.

SO ORDERED.

Dated: January 22, 2025
     New York, New York

              ANALISA TORRES
              United States District Judge