UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JAMEEL SOLOMON,

                                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/17/2025_____

23 Cr. 274-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court will hold a change-of-plea hearing in this matter on **March 24, 2025**, at **10:00 a.m.**, in Courtroom 15D of the U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated:  March 17, 2025
        New York, New York

_____
        ANALISA TORRES
    United States District Judge