USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/10/2025__

April 9, 2025

*Via* ECF
The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

      Re:    *United States v. Jameel Solomon*, 23 Cr. 274-2 (AT)

Dear Judge Torres,

    This letter concerns my representation of Mr. Jameel Solomon in the above-captioned case. Mr. Solomon's bail conditions permit travel within the Southern District of New York and the Eastern District of New York but not the District of New Jersey.

    Accordingly, I write to respectfully request that the Court temporarily modify Mr. Solomon's bail conditions such that he be permitted to travel back and forth by car to Old Bridge, NJ, between April 14, 2025, and April 20, 2025. Mr. Solomon will make visits to an address known to both U.S. Pretrial Services and the government during this period. He does not plan to stay overnight at any point and would return home by 11:00 P.M. each night. The reason for this request is that Mr. Solomon's son's spring break falls during the 14th-20th, and Mr. Solomon hopes to bring his son to see family during this time. He also hopes to spend the entire day of April 20, 2025, in New Jersey to celebrate the Easter holiday with family.

    The government, through AUSA Lisa Daniels, has indicated that it defers to Pretrial regarding this request. U.S. Pretrial Services, through Officer Taelor Nisbeth, takes no position.

    Thank you for the Court's consideration.

Respectfully submitted,

/s

Aaron Mysliwiec
*Attorney for Jameel Solomon*

GRANTED.

SO ORDERED.

Dated: April 10, 2025
       New York, New York

ANALISA TORRES
United States District Judge