```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

JAMEEL SOLOMON,

                    Defendant.

23 Cr. 274-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' letter dated August 22, 2025. ECF No. 92. The parties' request is GRANTED IN PART and DENIED IN PART. Accordingly:

1. By **August 26, 2025**, Defendant shall file his sentencing submission.
2. By **September 2, 2025**, the Government shall file its sentencing submission.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 92.

SO ORDERED.

Dated: August 25, 2025
       New York, New York

                                            ANALISA TORRES
                                          United States District Judge