USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JAMEEL SOLOMON,

                       Defendant.

23 Cr. 274-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court ordered the parties to file a *joint* update as to forfeiture by September 24, 2025. *See* 9/8/25 Minute Entry. The Court is in receipt of the Government's letter as to forfeiture dated September 19, 2025. Accordingly, the parties shall confer, and the deadline to file a joint status update is ADJOURNED to **September 29, 2025**.

       SO ORDERED.

Dated: September 22, 2025
       New York, New York

ANALISA TORRES
United States District Judge