USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/23/2025__



September 23, 2025

*Via* **ECF & Email**
The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

      Re:    *United States v. Jameel Solomon*, 23 Cr. 274-2 (AT)

Dear Judge Torres,

      This letter concerns my representation of Mr. Jameel Solomon in the above-captioned case. At Mr. Solomon's sentencing on September 8, 2025, the Court ordered the parties to file a joint update as to forfeiture by September 24, 2025. *See* 9/8/25 Minute Entry. After receiving the Government's letter as to forfeiture dated September 19, 2025, the Court then ordered the parties to confer and provide a joint status update by September 29, 2025. *See* ECF 102.

      I respectfully request to adjourn the status update deadline for two days to October 1, 2025. The reason for this request is that I have several filings due in other matters this week and would appreciate the ability to give extra time to this matter and engage in further conversations with Mr. Solomon and the Government regarding the Government's position on forfeiture. The government, through AUSA Lisa Daniels, has informed me it has no objection to this request.

      Thank you for the Court's consideration.

Respectfully submitted,

/s

Aaron Mysliwiec
*Attorney for Jameel Solomon*

cc:    Counsel of record
       *via* ECF & Email

GRANTED.

SO ORDERED.

Dated: September 23, 2025
       New York, New York

ANALISA TORRES
United States District Judge

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com