

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___10/1/2025___

October 1, 2025

*Via* **ECF & Email**
The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

     Re:    *United States v. Jameel Solomon*, 23 Cr. 274-2 (AT)

Dear Judge Torres,

       This letter concerns my representation of Mr. Jameel Solomon in the above-captioned case. At Mr. Solomon's sentencing on September 8, 2025, the Court ordered the parties to file a joint update as to forfeiture by September 24, 2025. *See* 9/8/25 Minute Entry. After receiving the Government's letter as to forfeiture dated September 19, 2025, the Court then ordered the parties to confer and provide a joint status update by September 29, 2025. *See* ECF 102. In response to a letter motion filed by the defense, that update deadline was then adjourned to Wednesday, October 1, 2025. *See* ECF 105.

       I respectfully request to adjourn the status update deadline to next Monday, October 6, 2025. The reason for this request is that I am engaged in ongoing conversations with the Government regarding a position on forfeiture that resolves any need for further litigation on the issue. The government, through AUSA Lisa Daniels, has informed me it has no objection to the defense's request for additional time.

       Thank you for the Court's consideration.

                   Respectfully submitted,

                      /s

                   Aaron Mysliwiec
                   *Attorney for Jameel Solomon*

cc:    Counsel of record
       *via* ECF & Email

GRANTED.

SO ORDERED.

Dated:  October 1, 2025
         New York, New York

                    **ANALISA TORRES**
                   United States District Judge